UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES EDWARD JONES,<br><br>                Plaintiff,<br><br>    v.<br><br>ROBERT FERGUSON, et al.,<br><br>                Defendant. | CASE NO. 16-cv-05620 RBL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation [Dkt. #6].

(2)    Plaintiff has failed to respond to the Court's order to show cause. This case is dismissed without prejudice

**DATED** this 1st day of November, 2016.

Ronald B. Leighton
United States District Judge

ORDER - 1